No. 6620.—BÁEZ, aplte., v. PORRAS, apldo.—C. D. Arecibo. Marzo 20, 1934.

Apareciendo ser frívola la apelación interpuesta por Pedro Báez Fernández contra la sentencia que declaró sin lugar su reclamación de hogar seguro porque no adujo en el juicio prueba alguna para justificarla y el demandado presentó una escritura pública en la que el demandante renunció al derecho reclamado, se desestima la apelación interpuesta por Pedro Báez Fernández contra la sentencia dictada por la Corte de Distrito de Arecibo en 11 de diciembre de 1933.

No. 6702.—CAMPOS apldo., v. SUCN. DÁVILA, aplte.—C. D. San Juan. Mayo 29, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, el apelado solicita que desestimemos esta apelación por frívola y a tal fin nos presenta la demanda, la contestación, la sentencia y la opinión en que se funda, sin que haya acompañado con ella la transcripción de evidencia;

POR CUANTO, de la opinión en que la corte inferior basa su sentencia aparece que en el juicio de este caso presentaron evidencia ambas partes;

POR CUANTO, sin la transcripción de la evidencia no estamos en condiciones de poder determinar si las conclusiones de hecho a que llegó la corte sentenciadora son correctas o no y que por esto la apelación es frívola;

POR TANTO, visto el caso de *De Jesús* v. *Drug Company of Porto Rico, Inc.*, 45 D.P.R. 643, no ha lugar a desestimar la presente apelación.